Opinion issued August 22, 2002


 











In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00844-CV

____________


IN RE CHARLES DAVIS, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION


 Relator filed in this Court a pro se petition for writ of mandamus asking that
we order respondent (1) to rule on a pro se motion for appointment of counsel and
forensic DNA testing of evidence that he filed in the district court.

 The petition does not include a certificate of service indicating that a copy
was served on respondent. See Tex. R. App. P. 9.5.

 The petition for writ of mandamus is therefore denied.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.
1. Respondent is the Honorable Denise Collins, Judge, 208th District Court,
Harris County.